# MEMORANDUM DECISIONS.

BOYLE v. STATE. (No. 4682.) (Court of Criminal Appeals of Texas. Nov. 14, 1917.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Claud Boyle was convicted of burglary, and appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary; his punishment being assessed at two years' confinement in the penitentiary. The record is without statement of facts or bill of exceptions. There is nothing in the motion for new trial that can be considered. As the record is presented, the judgment will be affirmed.

GARDINER v. STATE. (No. 4716.) (Court of Criminal Appeals of Texas. Nov. 28, 1917.) Appeal from Dallas County Court at Law; W. L. Thornton, Judge. L. M. Gardiner was convicted of aggravated assault, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for an aggravated assault, without any statement of facts or bills of exceptions. Nothing is presented for review. The judgment is affirmed.

MEDFORD v. STATE. (No. 4722.) (Court of Criminal Appeals of Texas. Nov. 28, 1917.) Appeal from District Court, Ellis County; F. L. Hawkins, Judge. Darrell Medford was convicted of burglary, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of burglary. The record shows the case was properly tried without even any claimed error in the trial, as there are no bills of exceptions and no complaint to the charge of the court. The evidence is full and complete, showing the commission of the offense as alleged. We see no necessity of reciting the testimony. The judgment is affirmed.

SCRIVENOR v. STATE. (No. 4668.) (Court of Criminal Appeals of Texas. Nov. 7, 1917.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. W. S. Scrivenor was convicted of robbery, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of robbery. There is no statement of facts nor bill of exceptions. In the absence of these there are no questions which can be reviewed. The judgment is therefore affirmed.

WINN et al. v. TOWN OF GILMER. (No. 1853.) (Court of Civil Appeals of Texas. Texarkana. Nov. 8, 1917.) Appeal from District Court, Upshur County; J. R. Warren, Judge. Action between J. C. Winn and others and the Town of Gilmer. Judgment for the latter, and the former appeal. Affirmed. J. S. Barnwell, of Gilmer, for appellants. Roger Fenlon and T. H. Briggs, both of Gilmer, for appellee.

HODGES, J. The appellants have failed to file any briefs or present any assignments of error in this case. The appellee, however, asks that the case be affirmed. There appears to be no error of which we are required to take notice, and the judgment of the district court will therefore be affirmed.

EICKHOFF v. CITY OF ARGENTA. (Supreme Court of Arkansas. Oct. 1, 1917.) Appeal from Pulaski Chancery Court; John E. Martineau, Chancellor.

PER CURIAM. Appeal dismissed on appellant's motion; the controversy having been compromised and settled.

CURTIS et al. v. MORRIS. (Supreme Court of Arkansas. Oct. 22, 1917.) Appeal from Benton Chancery Court; B. F. McMahan, Chancellor.

PER CURIAM. Settled and appeal dismissed on appellants' motion.